<u>Exhibit A to Summons</u>
<u>Additional Defendants Information</u>
U.S. Right to Know v. United States Department of State
N.D. Cal. (March 4, 2026)
3:26-cv-01866

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Congressional & Litigation Support Office,
Office of the Executive Secretariat (S/ES-EX)
Room 1464, 2201 C Street NW
Washington, DC 20520

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Pamela Bondi, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001


To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
Craig H. Missakian, U.S. Attorney
Northern District of California
450 Golden Gate Avenue
11th Floor, P.O. Box 36055
San Francisco, CA 94102