AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| U.S. RIGHT TO KNOW <br><br> *Plaintiff(s)* <br> v. <br> U.S. DEPARTMENT OF STATE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:26-cv-01866-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of State          The Exec. Office of Legal Adviser & Bureau
2201 C Street NW                   of Legislative Affairs
Washington DC 20520                Suite 5.600
                                   600 19th Street NW
                                   Washington DC, 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date:   03/04/2026                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-01866-KAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

<u>Exhibit A to Summons</u>
<u>Additional Defendants Information</u>
U.S. Right to Know v. United States Department of State
N.D. Cal. (March 4, 2026)
4:26-cv-01866-KAW

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Congressional & Litigation Support Office,
Office of the Executive Secretariat (S/ES-EX)
Room 1464, 2201 C Street NW
Washington, DC 20520

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Pamela Bondi, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
Craig H. Missakian, U.S. Attorney
Northern District of California
450 Golden Gate Avenue
11th Floor, P.O. Box 36055
San Francisco, CA 94102