AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW<br><br>_____<br>*Plaintiff(s)*<br>v.<br>U.S. DEPARTMENT OF STATE<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  4:26-cv-01866-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  **U.S. Department of State**          The Exec. Office of  Legal Adviser & Bureau
2201 C Street NW                        of Legislative Affairs
Washington DC 20520                     Suite 5.600
                                        600 19th Street NW
                                        Washington DC, 20522

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS
SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:        03/04/2026                        _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  4:26-cv-01866-KAW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  UNITED STATES DEPARTMENT OF STATE

was received by me on *(date)*    March 04, 2026    .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date:    3/27/26

*Nuria de la Fuente*
_____
*Server's signature*

Nuria de la Fuente, Office Manager at Greefire Law, PC
_____
*Printed name and title*


2748 Adeline St. Suite A, Berkeley, CA 94703
_____
*Server's address*


Additional information regarding attempted service, etc:



| Print | Save As... | | Reset |

Exhibit A to Summons
Additional Defendants Information
U.S. Right to Know v. United States Department of State
N.D. Cal. (March 4, 2026)
4:26-cv-01866-KAW


To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Congressional & Litigation Support Office,
Office of the Executive Secretariat (S/ES-EX)
Room 1464, 2201 C Street NW
Washington, DC 20520

To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O Pamela Bondi, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-001


To Defendant:
UNITED STATES DEPARTMENT OF STATE
C/O U.S. Attorney's Office
ATTN: Civil Process Clerk
Craig H. Missakian, U.S. Attorney
Northern District of California
450 Golden Gate Avenue
11th Floor, P.O. Box 36055
San Francisco, CA 94102

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052701977193648

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at the post office at 5:45 am on March 20, 2026 in WASHINGTON, DC 20520.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20520
March 20, 2026, 5:45 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                              ⌄

**USPS Tracking Plus®**                                               ⌄

**Product Information**                                               ⌄

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers