CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SARAH E. BALKISSOON (CABN 327066)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6474
  Fax: (415) 436-6748
  sarah.balkissoon@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>　　　　　Defendant. | Case No. 4:26-cv-01866-KAW<br><br>**JOINT STATUS REPORT**<br><br>Honorable Kandis A. Westmore |

Plaintiff U.S. Right to Know ("Plaintiff" or "USRTK") and Defendant U.S. Department of State ("Defendant" or "Department") (together, the "parties") submit this Joint Status Report pursuant to the Parties' Joint Case Management Statement filed May 21, 2026 (ECF No. 15).

On August 12, 2025, U.S. Right to Know submitted a Freedom of Information Act ("FOIA") Request to the State Department, Office of Information Programs and Services, which included a Request for Fee Waiver and a Request for Expedited Treatment. (DKT. 0011, Exhibit A). On September 15, 2025, Defendant denied U.S. Right to Know's Requests for Fee Waiver and for Expedited Treatment. On December 10, 2025, U.S. Right to Know timely submitted its administrative appeal of these two decisions. The Department did not issue a decision on U.S. Right to Know's administrative appeal prior to Plaintiff's initiation of this action.  Plaintiff initiated this action on March 4, 2026, under

JOINT STATUS REPORT
NO. 4:26-cv-01866-KAW

the FOIA. (DKT. 001). The Department timely responded on April 15, 2026. (DKT. 012). Plaintiff alleges that Defendant has failed to abide by the statutory requirements of the FOIA and applicable implementing regulations. Defendant denies and disputes Plaintiff's allegations.

The Department reports that it has conducted searches and identified some potentially responsive records. On July 15, 2026, the Department notified Plaintiff that it had referred two records to other agencies for direct reply to Plaintiff, and that its processing of Plaintiff's request remained ongoing.  On August 3, 2026, in response to a request from Plaintiff, the Department stated that the Department had referred the two records to the Department of Energy and the Office of the Director of National Intelligence (ODNI) and provided Plaintiff email addresses to contact the Department of Energy and ODNI FOIA offices directly.

To date, no documents have been produced by either the State Department, the Department of Energy or the ODNI.  To date, Plaintiff has not received any communications from either the Department of Energy or the ODNI.

The Department anticipates that it will make a subsequent production of any non-exempt, responsive material by approximately August 26, 2026, or will otherwise notify Plaintiff regarding the status of its processing efforts.

The parties will submit a Joint Case Management Statement on or by September 8, 2026, to provide an update on the status of Plaintiff's request and address any issues pertaining to Defendant's anticipated completion of the processing of Plaintiff's request, if such issues remain.

DATED:  August 7, 2026                    Respectfully submitted,[1]


CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

---

1 In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JOINT STATUS REPORT
NO. 4:26-cv-01866-KAW

Attorneys for Defendant

DATED: August 7, 2026

/s/ Richard A. Brody
RICHARD A. BRODY

Attorneys for Plaintiff