UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA RIGHT TO KNOW,

Plaintiff,

v.

U.S. DEPARTMENT OF STATE,

Defendant.

Case No. 26-cv-01866-KAW

**ORDER REGARDING 10/5/2026 JOINT STATUS REPORT**

Re: Dkt. No. 20

Having reviewed the parties' joint status report (Dkt. No. 20), the Court ORDERS Defendants to provide explanations of the withholdings and its search no later than **December 1, 2026**. Further, the Court ORDERS the parties to file a joint status report by **December 8, 2026**, in which the parties may request a case management conference if needed.

IT IS SO ORDERED.

Dated: October 7, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California